**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jane Doe

Plaintiff,

v.

Case No.: 1:26−cv−11675
Honorable Joan H. Lefkow

Rush University System for Health, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 25, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Plaintiff's motion to seal and use a pseudonym [3] is granted in part and denied in part. Plaintiff's complaint may be filed under seal. A redacted copy must be placed in the public file by 9/30/2026. Plaintiff may redact all medical information that would be protected by HIPAA. Plaintiff may not proceed under a pseudonym. Initial status hearing is set for 12/2/2026 at 9:30 a.m. in person in courtroom 2201. The parties may submit a joint proposed scheduling order in Word format to proposed_order_lefkow@ilnd.uscourts.gov or file a joint status report by 11/30/2026 if no status hearing is needed. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.